UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
          Plaintiff; )
)
   - vs - )   Docket No.   CR 05-0048-01 CRB
)
DAVID LEVINE, )
          Defendant. )

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the Judgment and Sentencing hearing originally set for the 25th day of January 25, be continued until the 10th day of May 2006, at 2:15 p.m.

January 25, 2006
DATE

CHARLES R. BREYER
United States District Judge