1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN FRANCISCO DIVISION
11

| UNITED STATES OF AMERICA, | ) | No. CR-05-0048-CRB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ~~PROPOSED~~ ORDER |
| v. | ) | |
| DAVID LEVINE, | ) | |
| Defendant. | ) | |

For good cause and based upon the stipulation of the parties, the sentencing hearing in this matter, currently set for June 28, 2006, shall be continued to July 19, 2006 at 10:00 a.m..

DATED: June 27, 2006

_____
LEWIS A. DAVIS
Assistant United States Attorney

DATED: June ___, 2006

_____
JOHN WILLIAMS
Counsel for defendant Levine

IT IS SO ORDERED.

DATED: June  28 , 2006

_____
CHARLES R. BREYER
United States District Judge

ORDER
[No. CR-05-0048-CRB]

*IT IS SO ORDERED*
*Judge Charles R. Breyer*